## 7525. LUKE *v.* MAYO.

HODGES, J. 1. Mayo sued Luke on an open account for the purchase-money of a certain crop, alleging that Luke agreed to purchase the crop for $125. The bill of particulars showed a credit of $75, and the prayer was for a judgment for $50, alleged to be the balance due. The defendant pleaded that he was not indebted in the sum sued for; that though he did buy the crop, his agreement with the plaintiff was that he should

pay $75, which was paid, and that the $50 should be collected from a third person. Such a plea did not admit a prima facie case, and the defendant was not entitled to open and conclude the argument. *Central of Georgia Ry. Co.* v. *Morgan*, 110 *Ga.* 168 (35 S. E. 345); *Crankshaw* v. *Schweizer Mfg. Co.*, 1 *Ga. App.* 363 (58 S. E. 222).

2. If the judge's instructions were inaccurate as to some of the contentions of the parties, they were harmless; and, the jury having resolved the issue of fact in favor of the plaintiff, and their finding being authorized by the evidence, this court will not disturb the verdict.

*Judgment affirmed.*

DECIDED SEPTEMBER 21, 1916.

Complaint; from Irwin superior court (transferred from city court of Ocilla)—Judge Graham presiding. April 28, 1916.

*McDonald & Bennett,* for plaintiff in error.

*Melvin Meeks, Philip Newbern,* contra.